NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7120

WAYNE J. GARDIN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1812, Judge Bruce E. Kasold.

ON MOTION

ORDER

Upon consideration of appellant's unopposed motion for a 14-day extension of time, until February 24, 2010, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_____FEB 1 6 2010_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Meredith Martin Addy, Esq.
Tara K. Hogan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 6 2010

JAN HORBALY
CLERK